CLERK, U.S. DISTRICT COURT

October 14, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VPC _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN IVAN GUARDIA,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE DEFAULT SERVICES ET AL.,<br><br>Defendants. | Case No. 2:21-cv-06447-SB-MRW<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate Order of Dismissal entered this day, it is ORDERED AND ADJUDGED that Edwin Ivan Guardia's claim under 42 U.S.C. § 1983 against Defendants Prestige Default Services; Briana Young; Ghidotti Berger, LLP and its employees; Michelle Rene Ghidotti, aka Michelle Ghidotti-Gonsalves; Chase Berger; Redwood Holdings, LLC and its employees; Sam Chandra; and the Law Offices of Sam Chandra and its employees is DISMISSED on the merits with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and Plaintiff's state law claims are DISMISSED without prejudice.

This is a Final Judgment.

Dated: October 14, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE